**T. C. STRICKLIN, Petitioner,**

v.

**UNITED STATES FIRE INSURANCE
COMPANY, Respondent.**

No. B–7166.

Supreme Court of Texas.

March 29, 1978.

Rehearing Denied May 3, 1978.

Carrington, Coleman, Sloman, Johnson &
Blumenthal, Robert H. Mow, Jr., Corbet F.
Bryant, Jr. and William E. Hartsfield, Dallas, for petitioner.

Larry L. Gollaher, Dallas, for respondent.

PER CURIAM.

### ON APPLICATION FOR WRIT
### OF ERROR

The court of civil appeals correctly held
that the trial court's instruction on the
measure of damages was harmful error.
556 S.W.2d 575. We accordingly refuse the
application for writ of error, no reversible
error. Tex.R.Civ.P. 483.

We do not reach the question of the effect of the mortgagee protection provision
of the Texas Insurance Code, Tex.Ins.Code
Ann. art. 6.15, on the facts of this case;
furthermore, we expressly reserve that
question for a later date. We disapprove
the holding of the court of civil appeals that
plaintiff Stricklin's summary was inadmissible and expressly disavow the court's assertions that the record in this case does not
show the underlying records' qualifications
under the Texas Business Records Act, Tex.
Rev.Civ.Stat.Ann. art. 3737e.